

# NUMBERS 13-22-00119-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SARA PEUTTUS,                                                                  Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

### On appeal from the 156th District Court
### of Bee County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Benavides**

Appellant filed a notice of appeal attempting to appeal an order entered in trial court cause number B-21-2128-0-CR-B. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal" without permission of the Court. *See* TEX. R. APP. P. 25.2(a)(2). On March 24, 2022, the Court ordered appellant's counsel

to review the record and determine whether appellant had a right to appeal. In response, appellant's counsel filed a letter indicating appellant agreed to a plea bargain and does not have the right to appeal this case.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is dismissed for want of jurisdiction.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
5th day of May, 2022.